**EXHIBIT A**

| | |
|---|---|
| DOVER SHORES BAPTIST CHURCH INCORPORATED | CASE #: 2025CA7720<br>COURT: CIRCUIT<br>COUNTY: ORANGE |
| PLAINTIFF(S) | DFS-SOP #: 25-000206580 |
| VS. | |
| OHIO SECURITY INSURANCE COMPANY | |
| DEFENDANT(S) _____/ | |

SUMMONS, COMPLAINT, CASE MANAGEMENT ORDER

# NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the of the State of Florida. Said process was received in my office by ELECTRONIC DELIVERY on Tuesday, August 19, 2025 and a copy was forwarded by ELECTRONIC DELIVERY on Wednesday, August 20, 2025 to the designated agent for the named entity as shown below.

OHIO SECURITY INSURANCE COMPANY
LYNETTE COLEMAN
1201 HAYS STREET
TALLAHASSEE, FL 32301

**\*Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule 1.080.**

cc to:

MARIE SPROWL
ATTORNEY
THE ADELPHI GROUP, PLCC
630 N. WYMORE ROAD
#370
MAITLAND, FL 32751

AJ1

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA

CASE NO.: 2025-CA-007720-O

DOVER SHORES BAPTIST CHURCH INCORPORATED,

    Plaintiff,

v.

OHIO SECURITY INSURANCE COMPANY,
a for-profit Florida Corporation,

    Defendant.
_____/

## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of the State:

    YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant:

OHIO SECURITY INSURANCE COMPANY<br/>
C/O CHIEF FINANCIAL OFFICER<br/>
Service of Process Section<br/>
PO Box 6200<br/>
Tallahassee, FL  32314-6200

    Each defendant is required to serve written defenses to the complaint or petition on **Katie S. Monroe**, Plaintiff's attorney, whose address is **2431 Lee Road, Winter Park, FL 32789, katie@TAGUsLaw.com,** within 20 days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If the defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

    WITNESS my hand and the seal of said Court on this <u>13th</u>, day of August, 2025.



Tiffany Moore Russell, Clerk of Courts
/s/ *Ahmani Standifer*
Deputy Clerk
**Civil Division**
425 N Orange Ave
Room 350
Orlando, FL 32801

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA

CASE NO.:

DOVER SHORES BAPTIST CHURCH INCORPORATED

        Plaintiff,

v.

OHIO SECURITY INSURANCE COMPANY
a for-profit Florida Corporation,

        Defendant.

_____/

## **COMPLAINT**

    **COMES NOW** the Plaintiff, DOVER SHORES BAPTIST CHURCH INCORPORATED, by and through the undersigned attorney, and sues the Defendant, OHIO SECURITY INSURANCE COMPANY and alleges as follows:

1. This is an action for breach of contract with damages more than Fifty Thousand Dollars ($50,000.00), exclusive of interest, costs, and attorney's fees.

2. At all material times hereto, the Plaintiff, DOVER SHORES BAPTIST CHURCH INCORPORATED, (hereinafter "Plaintiff") owned the property located at 551 Gaston Foster Road, Orlando, FL 32807.

3. At all material times hereto, Defendant, OHIO SECURITY INSURANCE COMPANY was a corporation duly licensed to transact insurance business in the State of Florida. Defendant does business, has offices, and/or maintained agents for the transaction of its customary business in ORANGE County, Florida.

4. Plaintiff sought and purchased homeowner's insurance from Defendant to cover the property located at 551 Gaston Foster Road, Orlando, FL 32807 (hereinafter "Insured's

Property"). Said property was insured under a policy of insurance issued by Defendant bearing policy number BKS (25) 56 55 86 50. A complete copy of the Policy is not in Plaintiff's possession. However, Defendant has possession, custody and control of this policy and the policy will be provided through discovery.

5. The policy described above was in full force and effect and provided benefits for damage caused to the Insured's Property from a covered loss including, but not limited to, wind, rain, hail, and/or water damage.

6. On or about October 10, 2024, the Insured's Property, including but not limited to the roofing structure, was damaged by wind and hail. Said event was covered under the Insured's Policy issued by Defendant to Insured and was assigned claim number 24262529.

7. This is an action related to Defendant's breach of contract for failure to pay Plaintiff for the repairs necessary to return the insured property to its pre-loss condition.

8. Jurisdiction and venue of this matter are proper in ORANGE County, Florida.

9. Plaintiff timely notified the Defendant of the loss and otherwise performed all conditions precedent, including but not limited to filing a statutory compliant Notice of Intent to Initiate Litigation, to entitle Plaintiff to coverage and benefits under the policy and/or Defendant waived the conditions.

## COUNT I-BREACH OF CONTRACT AGAINST DEFENDANT

The Plaintiff does hereby repeat and re-allege Paragraphs 1 through 9 above and incorporates the same by reference herein.

10. The Plaintiff is an insured under the homeowner's insurance policy, and said policy was in full force and effect on the date of loss.

11. Despite demand for payment, Defendant has failed or refused to pay all benefits due and owing under the Policy.

12. Defendant's refusal to provide coverage and/or provide full payment to Plaintiff for her/his covered losses, or otherwise make Plaintiff whole, constitutes a breach of contract.

13. Due to Defendant's breach of contract, Plaintiff has been damaged in the form of insurance proceeds which have not been paid and interest

14. Plaintiff has been and remains fully prepared to comply with all of the obligations pursuant to the aforesaid contract of insurance.

**WHEREFORE**, Plaintiff, DOVER SHORES BAPTIST CHURCH INCORPORATED, demands judgment against Defendant, OHIO SECURITY INSURANCE COMPANY for all covered losses with interest on any overdue payment, and any other relief this Court deems just and proper.

**PLAINTIFF HEREBY DEMANDS A JURY TRIAL ON ALL ISSUES SO TRIABLE.**

*<u>Certificate of Service on following page…</u>*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of this document will be served on the Defendant along with the Summons in this action.

**Dated:** August 12, 2025

*/s/ Katie Monroe*
Katie S. Monroe, Esq.
Florida Bar No. 106689
**THE ADELPHI GROUP, PLLC**
2431 Lee Road
Winter Park, FL 32789
Phone: (407) 705-3535
Katie@TAGUsLaw.com
Office@TAGUsLaw.com
*Attorney for Plaintiff*